UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ANTONIO ACOSTA,

Petitioner,

v.

JOHN HENLEY,

Respondent.

Case No. 3:26-cv-00192-ART-CLB

DISMISSAL ORDER

*Pro se* Petitioner Antonio Acosta filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254. (ECF No. 1-1 ("Petition").) The Court screened the Petition and directed Acosta to show cause on or before April 24, 2026, why his Petition should not be dismissed without prejudice as wholly unexhausted. (ECF No. 5.) That deadline has passed, and Acosta has not filed a response, requested an extension of time to do so, or taken any other action to litigate this case.

It is therefore ordered that the Petition is dismissed without prejudice. A Certificate of Appealability is denied, as jurists of reason would not find dismissal of the Petition for the reasons stated herein to be debatable or wrong.

It is further kindly ordered that the Clerk of Court (1) file the Petition (ECF No. 1-1), (2) add Nevada Attorney General Aaron D. Ford as counsel for Respondents,[1] (3) informally serve the Nevada Attorney General with the Petition (ECF No. 1-1), this Order, and all other filings in this matter by sending notices of electronic filing, (4) enter judgment, and (5) close this case.

DATED THIS 11th day of May 2026.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

---

[1] No response is required from Respondents other than to respond to any orders of a reviewing court.

1